UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 CASE NO: 8:05-cv-154-T-23EAJ

REAL PROPERTY LOCATED AT
8072 SPANISH OAK DRIVE,
SPRING HILL, FLORIDA 34606,

    Defendant.
_____/

**ORDER**

The United States of America's notice (Doc. 10) of voluntary dismissal without prejudice is **APPROVED**. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on June 12, 2005.

                                                STEVEN D. MERRYDAY
                                                UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy